■ Marsha Seymour et al., Respondents-Appellants, v W. J. Casey Trucking and Rigging Co., Inc., et al., Appellants-Respondents, et al., Defendants. — In an action to recover damages for personal injuries, etc., the cross appeals are from (1) an order of the Supreme Court, Orange County (Isseks, J.), dated February 2, 1983, which granted appellants-respondents' motion to set aside the verdict on the issue of damages only to the extent of reducing the award of damages against them by 25%, and (2) a judgment of the same court dated February 24, 1983, which, *inter alia,* awarded plaintiff Marsha Seymour the principal sum of $318,750 and awarded plaintiff James Seymour the principal sum of $42,134.03. ¶ Appeal from the order dismissed (see *Matter of Aho,* 39 NY2d 241, 248). ¶ Judgment affirmed. No opinion. ¶ Plaintiffs are awarded one bill of costs. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

■ Basheba Smith, Individually and as Administratrix of the Estate of Lovlie J. Smith, Deceased, Appellant, v Norab King et al., Respondents, et al., Defendants. — In an action, *inter alia,* to recover damages for wrongful death, plaintiff appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Orange County (Green, J.), dated December 3, 1982, as granted that branch of respondents' motion which sought to set aside a jury verdict on the issue of damages, unless plaintiff stipulated to a reduction in damages to the principal sum of $100,000. ¶ Judgment affirmed insofar as appealed from, without costs or disbursements. ¶ There was a sound basis for the reduction of the verdict and the Trial Judge properly exercised his discretion. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.